**ALAN M. NELSON**
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

July 21, 2008

Hon. James C. Francis IV
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

        Re: United States v. Peter Scaminaci
           08 Mag. 0883

Dear Judge Francis:

    Please accept this letter as a request to modify the conditions of release for Peter Scaminaci so as to permit to travel from Queens, New York to Tampa, Florida from August 5 through August 16, 2008. Mr. Scaminaci was released on a $200,000 PRB secured by his residence located at 107-80 101 Street, Ozone Park, New York. Travel was at that time restricted to the Southern and Eastern Districts of New York.

    The purpose of the trip to florida is to permit the defendant to make necessary arrangements for sale of a residence he owns in that jurisdiction.

    I have spoken to Assistant United States Attorney Michael Maimin and the government consents to this modification.

                                            Very truly yours,

                                           Alan Nelson

cc: AUSA Michael Maimin
    Peter Scaminaci